**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7604**

GREGORY R. JONES,

                                        Plaintiff - Appellant,

        versus

ZOEE BRENT, Nurse/PCC & VCCM; LUCY L. JONES,
Nurse LPN @ VCCW; SARGEANT MURRICE,
Correctional Officer @ PCC,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-617-2)

Submitted:  November 19, 2003      Decided:  December 8, 2003

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory R. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory R. Jones appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000), for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C. § 1997e(a) (2000). Because Jones did not demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We also find that the district court properly denied relief on Jones' claims that accrued more than two years before he filed his complaint. See Va. Code Ann. § 8.01-243 (Michie 2000). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED